**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No.** |
| | : | |
| **KAREN KOWKABI,** | : | **VIOLATION:** |
| | : | |
| | : | **26 U.S.C. § 7203** |
| **Defendant.** | : | **(Failure to Pay Tax)** |
| | : | |

## INFORMATION

The United States of America charges that:

## COUNT ONE

On October 31, 2017, KAREN KOWKABI, who was a resident of Virginia, and the sole shareholder of TK Restaurant Management, Inc., filed and caused to be filed a Form 941 in the name of TK Restaurant Management, Inc. for the third quarter of 2017, reporting $32,096.26 in tax due and owing in employment taxes.  Knowing that she was required to make full payment to the Internal Revenue Service, she did willfully fail on or before October 31, 2017, in the District of Columbia and elsewhere, to pay $17,096.00 of the employment taxes due.

In violation of Title 26, United States Code, Section 7203.

## COUNT TWO

On March 6, 2017, KAREN KOWKABI, who was a resident of Virginia, and the sole shareholder of TK Restaurant Management, Inc., filed and caused to be filed a Form 941 in the name of TK Restaurant Management, Inc. for the fourth quarter of 2016, reporting $27,405.00 in tax due and owing in employment taxes.  Knowing that she was required to make full payment to the Internal Revenue Service, she did willfully fail on or before January 31, 2017, in the District of Columbia and elsewhere, to pay $27,405.00 of the employment taxes due.

In violation of Title 26, United States Code, Section 7203.

## COUNT THREE

On October 31, 2016, KAREN KOWKABI, who was a resident of Virginia, and the sole shareholder of TK Restaurant Management, Inc., filed and caused to be filed a Form 941 in the name of TK Restaurant Management, Inc. for the third quarter of 2016, reporting $31,017.86 in tax due and owing in employment taxes.  Knowing that she was required to make full payment to the Internal Revenue Service, she did willfully fail on or before October 31, 2016, in the District of Columbia and elsewhere, to pay $23,745.80 of the employment taxes due.

In violation of Title 26, United States Code, Section 7203.

## COUNT FOUR

On July 31, 2017, KAREN KOWKABI, who was a resident of Virginia, and the sole shareholder of Rotini, Inc., filed and caused to be filed a Form 941 in the name of Rotini, Inc. for the second quarter of 2017, reporting $31,096.96 in tax due and owing in employment taxes. Knowing that she was required to make full payment to the Internal Revenue Service, she did willfully fail on or before July 31, 2017, in the District of Columbia and elsewhere, to pay $6,941.74 of the employment taxes due.

In violation of Title 26, United States Code, Section 7203.

## COUNT FIVE

On March 6, 2017, KAREN KOWKABI, who was a resident of Virginia, and the sole shareholder of Rotini, Inc., filed and caused to be filed a Form 941 in the name of Rotini, Inc. for the fourth quarter of 2016, reporting $28,205.37 in tax due and owing in employment taxes. Knowing that she was required to make full payment to the Internal Revenue Service, she did willfully fail on or before January 31, 2017, in the District of Columbia and elsewhere, to pay $19,637.54 of the employment taxes due.

2

In violation of Title 26, United States Code, Section 7203.

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:    _Leslie A. Goemaat_____
LESLIE A. GOEMAAT
MA Bar 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
601 D St., N.W., 5th Floor
Washington, D.C. 20530
(202) 803-1608
Leslie.Goemaat@usdoj.gov

SARAH C. RANNEY
Trial Attorney
NY Bar No. 5050919
150 M Street NE, Rm. 1.104
Washington, DC 20002
Office: (202) 515-5616
Sarah.C.Ranney@usdoj.gov